NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

LOUIS MATTHEW CLEMENTS,            )
                                   )
          Appellant,               )
                                   )
v.                                 )        Case No. 2D17-4961
                                   )
FLORIDA DEPARTMENT OF              )
CORRECTIONS and OFFICE OF THE      )
ATTORNEY GENERAL,                  )
                                   )
          Appellees.               )
                                   )
_____)

Opinion filed October 5, 2018.

Appeal from the Circuit Court for Lee
County; Geoffrey H. Gentile, Judge.

Louis Matthew Clements, pro se.

Melville G. Brinson, III, Saint James City,
for Appellees.


PER CURIAM.


          Affirmed.


SILBERMAN, LUCAS, and SALARIO, JJ., Concur.